**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME HODSON, JR.,<br><br>             Plaintiff,<br><br>    vs.<br><br>CORRECTIONAL OFFICER<br>B. SANTIAGO, ET AL.,<br><br>             Defendants. | CASE NO. CV 09-03645 CJC (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: June 9, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE