O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME HODSON, JR., | ) | CASE NO. CV 09-03645 CJC (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| CORRECTIONAL OFFICER B. SANTIAGO, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: June 9, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE